JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 616 -- In re TERA Corporation Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/08/22 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS, AND CERT. OF SVC. -- Defts. TERA Corp. Teknekron Industries, Inc., Michael John Keaton, Robert L. Wilson, Edwin E. Schoenberger, Alfred Jahns, Harvey E. Wagner, George L. Turin, William S. Jewell and Stephen S. Leavitt -- SUGGESTED TRANSFEREE DISTRICT: N.D. California; SUGGESTED TRANSFEREE JUDGE: ?   (emh) |
| 84/08/31 | | APPEARANCES:  JOHN E. GRASBERGER, ESQ. for William B. Weinberger, Jonathan Andron, and SCI TECH Investment Partners;  FRANK E. MERIDETH, JR., ESQ. for TERA Corp., Teknekron Ind., Inc., Michael John Keaton, Robert L. Wilson, Edwin E. Schoenberger, Alfred Jahns, Harvey E. Wagner, George L. Turin, William S. Jewell, and Stephen S. Leavitt; PETER R. SONDERBY, ESQ. for Merrill Lynch, Pierce, Fenner & Smith, Inc. and Hambrecht & Quist, Inc. (cds) |
| 84/09/04 | | APPEARANCES:  WILLIAM J. HOLLOWAY, ESQ. for The Northern Trust Company; STANLEY J. PARZEN, ESQ. for Alexander Grant & Co. (rh) |
| 84/09/06 | 2 | RESPONSE MEMORANDUM -- William B. Weinberger -- w/cert. of service  (cds) |
| 84/09/06 | 3 | RESPONSE -- Alexander Grant & Co. -- w/cert. of service (cds) |
| 84/09/07 | 4 | RESPONSE -- Northern Trust Company -- w/cert. of svc. (rh) |
| 84/09/21 | | HEARING ORDER -- setting motion to transfer A-1 thru A-4 for Panel Hearing in Galveston, Texas on October 23, 1984 (rh) |
| 84/10/19 | | HEARING APPEARANCES:  FRANK E. MERIDETH, JR., ESQ. for TERA Corp., etc.; JOHN E. GRASBERGER, ESQ. for William Weinberger, Jonathan Adron and Sci Tech Investment Partners; MICHAEl J. LEECH, ESQ. for The Northern Trust Co., et al.; Stanley J. Parzen, Esq. for Alexander Grant & Co.  (cds) |
| 84/10/25 | 5 | POST HEARING LETTER/RESPONSE -- Alexander Grant & Company -- w/svc. (emh) |
| 84/11/27 | | CONSENT OF TRANSFEREE DISTRICT -- for assignment of action to Judge Orrick in N.D. California  (cds) |
| 84/11/27 | | TRANSFER ORDER -- transferring A-4 to the Northern District of California before the Honorable William H. Orrick, Jr. -- NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL, HEARING CLERK AND MISC. RECIPIENTS  (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 616 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE TERA CORPORATION SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Nov. 27, 1984 | TO | Unpublished | N.D. California | William H. Orrick, Jr. | |

Special Transferee Information

DATE CLOSED: 3/19/86

JPML FORM 1

**LISTING OF INVOLVED ACTIONS**

Northern District of California
Hon. William H. Orrick, Jr.

DOCKET NO. 616 -- In re TERA Corporation Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | William B. Weinberger, et al. v. Michael John Keaton, et al. | N.D.Cal. Orrick | C-84-1234-WHO | | | 2/24/86 D | |
| A-2 | Jonathan Andron, et al. v. Michael John Keaton, et al. | N.D.Cal. Williams (Orrick) | C-84-4557-WHO | | | 2/24/86 D | |
| A-3 | Sci Tech Investment Partners, et al. v. Michael John Keaton, et al. | N.D.Cal. Conti | C-84-4978-WHO | | | 2/24/86 D | |
| A-4 | The Northern Trust Co., etc., et al. v. TERA Corp., et al. | N.D.Ill. Marshall | 84-C-3817 | 11/27/84 | 84-7565 | 3/19/86 D | |
| XYZ-5 | Tera Corp., et al. v. National Union Fire Insurance Co. of Pittsburgh, Pa., et al. | N.D.Calif. Orrick | C-84-5520-WHO | | | 1/21/86 D | |

July 1985 — 1. TK; 4 XYZ; 5
July 1986 — Litigation closed Pending

JPML Form 4

revised 9/4/84 rh

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  616  -- In re Tera Corporation Securities Litigation

| | |
|---|---|
| WILLIAM B. WEINBERGER, ET AL. (A-1)<br>JONATHAN ADRON, ET AL. (A-2)<br>SCI TECH INVESTMENT PARTNERS, ET AL. (A-3)<br>John E. Grasberger, Esq.<br>Milberg Weiss Bershad, Specthrie<br>  & Lerach<br>225 Broadway, Suite 2000<br>San Diego, CA  92101<br><br>THE NORTHERN TRUST COMPNAY (A-4)<br>William J. Holloway, Esq.<br>Michael J. Leech, Esq.<br>Richard A. Braun, Esq.<br>Hinshaw, Culbertson, Moelmann,<br>  Hoban & Fuller<br>69 W. Washington<br>Suite 2700<br>Chicago, Illinois  60602 | TERA CORPORATION<br>TEKNEKRON INDUSTRIES, INC.<br>MICHAEL JOHN KEATON<br>ROBERT L. WILSON<br>EDWIN E. SCHOENBERGER<br>ALFRED JAHNS as Executor of the Estate<br>  of Richard H. Jahns<br>HARVEY E. WAGNER<br>GEORGE L. TURIN<br>WILLIAM S. JEWELL<br>STEPHEN S. LEAVITT<br>Frank E. Merideth, Jr., Esq.<br>Loo, Merideth & McMillan<br>1800 Century Park East, Suite 200<br>Los Angeles, CA  90067<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.<br>HAMBRECHT & QUIST, INC.<br>Peter R. Sonderby<br>Chadwell & Kayser, Ltd.<br>8500 Sears Tower<br>233 S. Wacker Drive<br>Chicago, Illinois  60606<br><br>ALEXANDER GRANT & COMPANY<br>Stanley J. Parzen, Esquire<br>Mayer, Brown & Platt<br>231 S. LaSalle Street<br>Chicago, Illinois  60604 |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 616 -- In re TERA Corporation Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Michael John Keaton | A-1 |
| Robert W. Felton | A-1 |
| Robert L. Wilson | A-1 |
| Edwin E. Schoenberger | A-1 |
| Alfred Jahns, executor of Richard H. Jahns estate | A-1 |
| Harvey E. Wagner | A-1 |
| George L. Turin | A-1 |
| TERA Corp. | A-1 |
| Teknekron Industries, Inc. | A-1 |
| Merrill Lynch, Pierce, Fenner & Smith, Inc. | A-1 |
| Hambrecht & Quist | A-1 |

p. __2__

| | | |
|---|---|---|
| of | Shearson/American Express, Inc. | A-1 |
| J/5 | William S. Jewell | |
| 6 | Stephen S. Leavitt | |
| 1 | Alexander Grant & Co. | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |